# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JUDITH MENDOZA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 TO 20, inclusive,<br><br>Defendants. | CASE NO.: 8:24-cv-00845<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION AND PROTECTIVE ORDER |

The Court, having reviewed the moving papers orders as follows:

1) Good Cause Appearing, the Court hereby approves this Stipulation and Protective Order.

///

///

///

**IT IS SO ORDERED.**

Dated: 6/12/2025

*/s/ Joel Richlin*
A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

Submitted by:

DEBORAH S. TROPP, ESQ. – BAR NO. 162613
RYAN D. BRAUN, ESQ. – BAR NO. 350903
dtropp@mtbattorneys.com; rbraun@mtbattorneys.com
McNEIL TROPP & BRAUN LLP
4695 MacArthur Court, Suite 800
Newport Beach, California 92660
Ph: (949) 259-2890; Fax: (949) 259-2891

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION, a Washington Corporation

---