Alexander J. Zeesman, Esq. (SBN: 288341)
Erik Fritz, Esq. (SBN: 337341)
**ACCIDENT FIGHTERS, APC**
11145 Tampa Ave., Suite 1A
Porter Ranch, CA 91326
Tel.: (855) 646-4878
Fax: (855) 450-0989
contact@accidentfighters.com

Attorneys for Plaintiff,
*Judith Mendoza*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JUDITH MENDOZA,<br><br>              Plaintiff,<br><br>      v.<br><br>COSTCO WHOLESALE CORPORATION, JIMMY JOHNSON, and DOES 1 to 50,<br><br>              Defendants. | Case No.: 8:24-cv-00845-JWH-AJR<br>*[Orange County Superior Court Case No.: 30-2024-01387611-CU-PO-NJC]*<br><br>~~[PROPOSED]~~ **ORDER FOR JOINT STIPULATION OF DISMISSAL PURSUANT TO <u>FED. R. CIV. P. 41(a)(1)(A)(ii)</u>** |

The Court, having reviewed the parties' Stipulation of Dismissal, orders as follows:

1.      This action is dismissed with prejudice.

2.      Each party shall bear its own fees and costs.

3.      The Clerk of the court shall close the case.

**IT IS SO ORDERED.**

Dated: 6/24/2026

_____
HON. A. JOEL RICHLIN
U.S. MAGISTRATE JUDGE

1

[PROPOSED] ORDER